IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SUBPOENA TO APPLE, INC. | Misc. No. 17mj 872 (SALM) <br><br> **Filed Under Seal** |

## APPLICATION FOR ORDER COMMANDING APPLE, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF A SUBPOENA

The United States requests that the Court order Apple, Inc. not to notify any person (including the subscribers and customers of the account(s) listed in the attached subpoena) of the existence of the attached subpoena for 180 days.

Apple, Inc. is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computer service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached subpoena, which requires Apple, Inc. to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached subpoena relates to an ongoing national security investigation that is neither public nor known to any of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation, including by: giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or

endanger the life or physical safety of an individual.  *See* 18 U.S.C. § 2705(b).  Some of the evidence in this investigation is stored electronically.  If alerted to the existence of the subpoena, the subjects under investigation could destroy that evidence, including information saved to their personal computers.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Apple, Inc. not to disclose the existence or content of the attached subpoena, except that Apple, Inc. may disclose the attached subpoena to an attorney for Apple, Inc. for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court.  As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Executed on May 10, 2017.

*[signature]*

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct20962
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, Connecticut 06510
(203) 821 3700 / (203) 773 5376 (fax)
Douglas.Morabito@usdoj.gov



**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

*157 Church Street, 25th Floor*  (203) 821-3700
*New Haven, Connecticut 06510*  *www.justice.gov/usao/ct*

May 10, 2017

Apple, Inc.
1 Infinlte Loop
Cupertino, CA 95014-2084
subpoenas@apple.com

Re: **Non-Disclosure of Subpoena**

Dear Sir/Madam:

Reference is made to the attached grand jury subpoena issued May 10, 2017 and returnable May 31, 2017 before the federal grand jury sitting that date in New Haven, Connecticut. The subpoena commands the production of records described in the attachment.

This subpoena has been issued as part of an ongoing federal grand jury investigation into the possible commission of a felony. The disclosure of the existence of this subpoena or its contents will impede that investigation and, thereby, interfere with the enforcement of federal law. Therefore, we have also obtained a non-disclosure order from the court, and request that you do not disclose its existence or its contents to any person who is not involved in your internal document production process. If at some point you believe that it is necessary to disclose the existence or the contents of the subpoena, I request that you notify me of your intent to do so prior to the time of the disclosure, to ensure compliance with the court's order.

We also request that the custodian of records at your firm complete the attached certificate of authenticity for any business records that are produced pursuant to this subpoena, to the extent that such records meet the conditions set forth in the certificate that is, (1) that the records were made at or near the time of the occurrence of the matters set forth in the records, by a person with knowledge of those matters or from information transmitted by such a person, and (2) that these records are made, and are kept, as a regular practice in the ordinary course of business. Completion of this certificate will significantly reduce the chances that you will be called as a witness at any future trial at which these documents might be offered as evidence.

Please feel free to contact me if you have any questions or concerns.

Very truly yours,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY

Enclosures

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Apple, Inc., 1 Infinite Loop, Cupertino, CA 95014-2084
subpoenas@apple.com

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Robert N. Giaimo Federal Building 150 Court Street, Room 125 New Haven, CT 06510 | Date and Time: 05/31/2017 9:30 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Please see attached.

In lieu of appearing before the grand jury, you may comply with this subpoena by producing all relevant records no later than the grand jury appearance date to NCIS Special Agent, TFO Melvin Ramos, Federal Bureau of Investigation, 600 State Street, New Haven, CT 06511. If you have any questions about this subpoena, please contact TFO Ramos at (203) 996-4870, or melvin.ramos@ic.fbi.gov.

Date:   05/10/2017

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Douglas P. Morabito                           N-16-2-15 (Control #26)
Assistant United States Attorney
157 Church Street, 25th Floor
New Haven, Connecticut 06510
(203) 821-3700

## ATTACHMENT TO SUBPOENA ISSUED TO:

Apple, Inc.
1 Infinlte Loop
Cupertino, CA 95014-2084
subpoenas@apple.com

Please provide, from the inception of the account to the present, any and all subscriber information for the email account listed below, including but not limited to the following records and information: (1) any and all names associated with the accounts; (2) any and all account, login and screen names, (3) any and all addresses; (4) any and all telephone numbers and email addresses associated with the account; (5) length of service (including start date) and type of services utilized; (6) any and all telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network addresses, or any assigned IP addresses; and (7) the means and source of payment for any services (including any credit card or bank account numbers).

corystroud@icloud.com

A non-disclosure order is enclosed along with this request.

Personal appearance is not required if the requested materials are produced on or before the return date to NCIS Special Agent, TFO Melvin Ramos, Federal Bureau of Investigation, 600 State Street, New Haven, CT 06511. If you have any questions about this subpoena, please contact TFO Ramos at (203) 996-4870, or melvin.ramos@ic.fbi.gov.