UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Subpoena to Apple, Inc. | Case No. 3:17mj872(SALM) |
| | February 4, 2022 |

## MOTION TO UNSEAL CASE BUT MAINTAIN COPIES OF THE GRAND JURY SUBPOENA UNDER SEAL

This matter was sealed by the Court on May 10, 2017.

The United States has no objection to the unsealing of this matter but respectfully requests that copies of the grand jury subpoenas (Doc. 1-1 and Doc. 5-1) remain under seal pursuant to Fed. R. Crim. P. 6(e)(2) as "matter[s] occurring before the grand jury."

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY
*/s/ Sarah P. Karwan*

_____
SARAH P. KARWAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct22911
U.S. Attorney's Office
157 Church Street, 25th Floor
New Haven, CT   06510
Tel.:   (203) 821-3700
sarah.p.karwan@usdoj.gov

1